IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER SHUKER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-6158 |
| | : | |
| SMITH & NEPHEW PLC, et al. | : | |

## **ORDER**

AND NOW, this 13th day of August, for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiffs' Motion to Certify Orders for Interlocutory Appeal (Document 92) is DENIED.

It is further ORDERED Plaintiffs' Motion for Leave of Court to Take Discovery (Document 95) is DENIED.

Plaintiffs shall have until August 27, 2015, to file a further amended complaint consistent with this Court's March 31, 2015, Memorandum and Order (Documents 88 & 89).

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.