IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER SHUKER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-6158 |
| | : | |
| SMITH & NEPHEW PLC, et al. | : | |

**ORDER**

AND NOW, this 29th day of September, 2016, upon consideration of Defendant Smith & Nephew, Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint, Plaintiffs Walter and Vivian Shuker's opposition thereto, and Defendant's reply, it is ORDERED the Motion (Document 102) is GRANTED. Plaintiffs' Third Amended Complaint is DISMISSED with prejudice.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


    /s/ Juan R. Sánchez
Juan R. Sánchez, J.